J. H. & L. S. OWEN v. BROWN.

1. Where there is more than one representative of a deceased person, the writ must be served on all; but, if one resides out of the State, he need not be sued.

Writ of error to the County Court of Mobile.

DUNN, for plaintiff in error.
CAMPBELL, contra.

ORMOND, J.—The suit was brought by the defendant in error, against the plaintiffs in error, as administrator and administratrix of George W. Owen, deceased. The writ was served but on one of the defendants below, and a judgment by default taken against both.

This is not authorized by law. The representatives of the deceased must all be served with process. [Minor's Rep. 77.] But if one resides out of the State, he need not be sued. [Williams & Ivey Ex'rs. v. Sims et al., 8 Porter, 579.]

Let the judgment be reversed, and the cause remanded.